■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC A. SNYPE, Appellant. [796 NYS2d 546]—Appeal by the defendant from a judgment of the County Court, Orange County (DeRosa, J.), rendered December 8, 2003, convicting him of criminal sale of a firearm in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's knowing, voluntary, and intelligent waiver of his right to appeal encompassed his double jeopardy claim (*see People v Muniz*, 91 NY2d 570, 575 [1998]; *People v Allen*, 86 NY2d 599, 602-603 [1995]; *People v Thorpe*, 2 AD3d 467, 468 [2003]; *People v Hussain*, 309 AD2d 818 [2003]). Florio, J.P., Krausman, Crane, Rivera and Fisher, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHRISTOPHER BRUNO, Petitioner, v RICHARD BROWN et al., Respondents. [796 NYS2d 540]—Writ of habeas corpus in the nature of an application to reduce bail upon Queens County indictment No. 1086/05.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of reducing bail on Queens County indictment No. 1086/05 to the sum of $750,000, which may be posted in the form of an insurance company bail bond in that sum or by depositing the same sum as a cash bail alternative. Schmidt, J.P., S. Miller, Santucci and Skelos, JJ., concur.